

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER ALLEN BOULLE,
(a.k.a. "Chaos"),

    Defendant.

Case: 4:23-cr-20167
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 03-15-2023
INDI USA V. CHRISTOPHER BOULLE (TT)



FILED
MAR 15 2023
U.S. DISTRICT COURT
FLINT, MICHIGAN

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE
### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
### (21 U.S.C. § 841(a))

On or about December 7, 2022, in the Eastern District of Michigan, the defendant, Christopher Boulle (a.k.a. "Chaos"), knowingly possessed with intent to distribute a substance or mixture containing a detectable amount of methamphetamine in violation of Title 21, United States Code, Section 841(a).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

**THIS IS A TRUE BILL.**

Dated: March 15, 2023                s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/TIMOTHY M. TURKELSON              s/ANTHONY P. VANCE
TIMOTHY M. TURKELSON (P53748)       ANTHONY P. VANCE (P61148)
Assistant United States Attorney     Assistant United States Attorney
600 Church Street, Suite 210         Chief, Branch Offices
Flint, MI 48502
Telephone number: (810) 766-5177
Timothy.turkelson@usdoj.gov

Companion Case information MUST be completed by AUSA

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov... | Case: 4:23-cr-20167<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 03-15-2023<br>INDI USA V. CHRISTOPHER BOULLE (TT) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp...

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☑ No | AUSA's Initials: TT |

Case Title: USA v. CHRISTOPHER ALLEN BOULLE

County where offense occurred: Genesee

Check One:   ☑ Felony          ☐ Misdemeanor          ☐ Petty

___ Indictment/ ___ Information --- **no prior complaint.**
_X_ Indictment/ ___ Information --- **based upon prior complaint** [Case number: 22-mj-30519]
___ Indictment/ ___ Information --- **based upon LCrR 57.10 (d)** *[Complete Superseding section below].*

## Superseding Case Information

Superseding to Case No: _____          Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 15, 2023
_____
Date

s/TIMOTHY TURKELSON
_____
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013